# EXHIBIT A

EEOC Charge of Discrimination

EXHIBIT A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| [ ] FEPA [X] EEOC | |

The City of Murfreesboro Police Department and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) Mr. Christopher Williams | HOME TELEPHONE (Include Area Code) 615.869.8975 | |
|---|---|---|
| STREET ADDRESS 3228 Pisa Circle | CITY, STATE AND ZIP CODE Murfreesboro, TN 37128 | DATE OF BIRTH 02/22/1979 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME The City of Murfreesboro- Police Department | NUMBER OF EMPLOYEES, MEMBERS 200+ EMPLOYEES | TELEPHONE (Include Area Code) 615.895.3574 |
|---|---|---|
| STREET ADDRESS 324 South Church Street | CITY, STATE AND ZIP CODE Murfreesboro, TN 37130 | COUNTY Rutherford |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

JUN 29 2018

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(e's))

[X] RACE  [X] COLOR  [ ] SEX  [ ] RELIGION  [ ] AGE
[X] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [X] OTHER Harassment

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)
2015- continuing

[X] CONTINUING ACTION

THE ARE *(If additional paper is needed, attach extra sheet(s))*: The officers in management at the Murfreesboro police department promote a hostile work environment based on racial and color discrimination on a regular basis. One example of discrimination has been with the lack of the promotion of well-qualified black officers into the positions of Sargent and Lieutenant despite open positions within the department. The Chief, Michael Bowen recently said that, "none of the black officers had any leadership abilities." He along with the management of the Department have carried out this discriminatory practice by failing to promote any black officers since 2014.

In 2017, then Assistant Chief Bowen was charged with the task of developing a promotion process which would apply to all promotions. This General Order was in effect from Spring of 2017 and was recently replaced on June 18, 2018. The promotion process consisted of a four-part test. The first part of the test was multiple choice; second part was a psycho analysis; third part an essay test and the fourth part was an interview with an interview panel. The interview panel was selected from different forces around the middle Tennessee region; there were no African Americans on the interview panel from any other force. All officers were ranked based on the score they received from a combination of the four components to the test. I was seeking to be promoted from a School Resource Officer (SRO) to a Sargent. According to the General Order, the promotions were to take place in chronological order. Meaning that the first officer would get the first open promotion, until all promotions to the Sargent position were filled. No officers of color were in the top four ranking. The first four (4) officers ranked were white. They were immediately promoted to the Sargent position based on the position openings. The fifth (5th) ranking officer was an African American. I was ranked sixth (6th), and am also African American. Though there were several positions for officers to move into the Sargent position, after the first four white officers were promoted, no more promotions were made to the Sargent position. No promotions were made to the Sargent position based on the established process, though there were and continue to be open positions. Chief Bowen, who created the process, took issue with the process after the promotions of all four white officers to the position of Sargent. The last African American

officer to be promoted in the Murfreesboro City Police Department was in 2014. There currently are open positions for the promotion of officers, however, the management of the Murfreesboro City Police Department have refused to promote any officers of color to any open position within the Department. On June 18, 2018, a new General Order was issued outlining the new promotion process.

There have been other examples of harassment, hostile work environment and retaliation since I have spoken out about the discriminatory practices in the department. After reporting to my manager that the officers were mishandling an incident with African American students, I was moved to a different school with predominately African American students.

My Commission Expires NOV. 8, 2021

NOTARY - (When necessary for State and Local Requirements).

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

6/28/18

Date    Charging Party *(Signature)*

SIGNATURE OF COMPLAINANT

6/28/18

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (Test 10/94)



JUN 29 2018