# EXHIBIT D

Memorandum



*Police Department*
James Karl Durr
Chief of Police
(615) 849-2673
kdurr@murfreesborotn.gov

City of MURFREESBORO
TENNESSEE
Creating a better quality of life

## MEMORANDUM

**TO:** Applicants for Sergeant Promotion Process

**FROM:** Chief Karl Durr

**DATE:** July 27, 2017

**SUBJECT:** Sergeant Promotion Process - Revised

Listed below is the rank order of the Sergeant promotion process.

~~Hayley Alden~~         Promoted 08/21/17
~~Stephen McGowan~~      Promoted 08/21/17
~~Palmer Gibbs~~         Promoted 08/21/17
~~Joshua~~ Meredith      Promoted 08/21/17
Chris Phillips
Chris Williams
Travis Henderson
Mic Rea
Matt Manor
Matt Harvey

This promotion list will be for one (1) year of eligibility as of July 17, 2017.

JKD:gs

xc: Deputy Chief Michael Bowen
Assistant Chief Eric Cook

Police Department
302 South Church Street • Murfreesboro, Tennessee 37130-3732
www.murfreesborotn.gov
Case 3:19-cv-00978   Document 1-5   Filed 11/01/19   Page 2 of 2 PageID #: 36

EXHIBIT D